**TRESSLER LLP**
Michaela L. Sozio, Esq.   SBN 179148
msozio@tresslerllp.com
Jeanne Kuo Riggins, Esq., SBN 231441
jriggins@tresslerllp.com
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Tel: (310) 203-4800
Fax:  (310) 203-4850

Attorneys for Defendant
PERVINE FOODS, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTLÉ USA, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>PERVINE FOODS, LLC,<br><br>           Defendant. | CASE NO. 2:15cv06527-CAS-AFM<br><br>Hon. Christina A. Snyder<br><br>**NOTICE OF MOTION AND MOTION OF PERVINE FOODS, LLC TO TRANSFER VENUE**<br><br>Date:         February 22, 2016<br>Time:         10:00 AM<br>Courtroom:  5 |

**TO ALL PARTIES THROUGH THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 22, 2016 at 10:00 or as soon thereafter as the matter may be heard by the above-entitled Court, located at 312 North Spring Street, Los Angeles, CA 90012-4701, before the Honorable Christina A. Snyder, Pervine Foods, LLC ("Pervine") will and hereby does move for an Order to transfer venue in this matter.

Pervine moves pursuant to Title 28 of the United States Code, Section 1404(a), that this case be transferred to the United States District Court for the

Western District of Pennsylvania on the grounds that this case could have been originally filed in that district and that the transfer will be more convenient to the parties and witnesses and will promote the interests of justice.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Law and exhibits thereto and the Declaration of Michaela L. Sozio filed concurrently herewith, all pleadings and papers on file in this action, such matter of which the Court may take judicial notice, and such additional evidence and authority as may be offered and further briefing of the Motion or at oral argument, if any.

This Motion is made following a meet and confer conference of counsel pursuant to Local Rule 7-3 on January 18, 2016.

                              Respectfully submitted,

Dated: January 25, 2016       TRESSLER LLP

                              BY:__/s/ *Michaela L. Sozio*_____
                                   Michaela L. Sozio
                                   Jeanne Kuo Riggins
                                   One of the Attorneys for Defendant
                                   Pervine Foods, LLC

657527