1  **TRESSLER LLP**
2  Michaela L. Sozio, Esq.   SBN 179148
   msozio@tresslerllp.com
3  Jeanne Kuo Riggins, Esq.  SBN 231441
   jriggins@tresslerllp.com
4  1901 Avenue of the Stars, Suite 450
5  Los Angeles, CA 90067
   Tel: (310) 203-4800
6  Fax:  (310) 203-4850
7
8  Attorneys for Defendant
   PERVINE FOODS, LLC
9
   **UNITED STATES DISTRICT COURT**
10 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
11
12 **NESTLÉ USA, INC.,**

13              Plaintiff,              CASE NO. 2:15cv06527-CAS-AFM

14     v.                              Hon. Christina A. Snyder

15 **PERVINE FOODS, LLC,**             **DECLARATION OF MICHAELA L.**
                                       **SOZIO IN SUPPORT OF MOTION**
16              Defendant.             **OF PERVINE FOODS, LLC TO**
                                       **TRANSFER VENUE**
17
18                                     Date:
19                                     Time:

20      I, Michaela L. Sozio, hereby declare as follows:

21      1.     I am an attorney licensed to practice before the federal and state courts

22 within the State of California and a partner in the law firm of Tressler LLP.

23      2.     I am counsel of record for Pervine Foods, LLC ("Pervine"), on whose

24 behalf I make this declaration.

25      3.     If called as a witness, I would competently testify to the following

26 facts, all of which are within my personal knowledge, except for those matters

27 stated on information and belief, and as to those matters I believe them to be true.

28

1

4.      After reading the complaint, it is my belief that this matter should be transferred to the United States District Court for the Western District of Pennsylvania based on the convenience of the parties and witnesses and in the interests of justice.

5.      I am bringing this motion as soon as possible in order to minimize any delay and disruption to this court.  This motion is brought prior to any answer being filed in this case and no discovery has been taken.  Hence, this motion is made at a time when it is least disruptive to the procedural posture of this case.

6.      The following are persons who have knowledge about the matters raised in the Complaint:

- Sean Perich, President of Pervine Foods, LLC ("Pervine"), has knowledge regarding the policies and business plans of Pervine and their implementation, creation of the FitCrunch® trademark and creation and design of packaging for the FitCrunch® nutritional protein bars, the operations of Pervine, the operations of Bakery Barn Inc., the company that manufactures the FitCrunch® products, and the operations of Perich Investments LLC, one of the owners of Pervine.

- Dave Plowden is an employee of Pervine who works on marketing and graphic design for the FitCrunch® products and also has knowledge regarding the creation of the FitCrunch® trademark and design of the FitCrunch® nutritional protein bar packaging.

- Matt Cruny is Chief Financial Officer for Pervine and Bakery Barn and has knowledge regarding the creation of the FitCrunch® trademark and creation and design of packaging for the FitCrunch® nutritional protein bars.

- Jim Perich is a Member of Perich Investments LLC, and owner of Pervine, and has knowledge regarding the creation of the FitCrunch® trademark and creation and design of the packaging for the FitCrunch® nutritional protein bars, along with knowledge regarding the trademark FortiFX®.

- Mike Spinosa is the Vice President of Pervine and heads Pervine's small marketing/sales team.  He has knowledge regarding Pervine's operations, including its marketing/sales efforts, as do the three individuals on his team, all of whom work from an office in Manasquan, New Jersey.

2

`

- Robert Irvine is an owner and the Manager of Irvine Nutritional, LLC, an owner of Pervine.  He has knowledge regarding the business plans of Pervine, the marketing of FitCrunch® products and the use of his name and likeness on all FitCrunch® products.

- Representative of GNC Holdings, Inc., one of Pervine's key customers, have knowledge regarding the FitCrunch® nutrition bar and its sale and distribution.

7.     Sean Perich, Jim Perich, Dave Plowden and Matt Cruny all reside in Pittsburgh, Pennsylvania.  Robert Irvine resides in Tampa, Florida, but maintains his business office in Philadelphia.  Mike Spinosa and his marketing/sales team all reside in New Jersey.   GNC Holdings, Inc. is headquartered in Pittsburgh, Pennsylvania.

8.     A true and correct copy of the executed Declaration of Sean Perich, President of Pervine Foods, LLC and Bakery Barn, Inc., is attached hereto as Exhibit 1.

9.     A true and correct copy of the executed Declaration of Robert Irvine, Manager of Irvine Nutritional, LLC, an owner of Pervine Foods, LLC, is attached hereto as Exhibit 2.

10.     I have reviewed the website for Nestlé USA, Inc. and Exhibit 3 is a true and correct copy of the Key Figures page from Nestlé's website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day January, 2016 at Los Angeles, California.

/s/ - Michaela L. Sozio
MICHAELA L. SOZIO

657531
LA 146877

3

DECLARATION OF MICHAELA L. SOZIO

EXHIBIT "1"

1  **TRESSLER LLP**
Michaela L. Sozio, Esq.   SBN 179148
2  1901 Avenue of the Stars, Suite 450
3  Los Angeles, CA 90067
Tel: (310) 203-4800
4  Fax:  (310) 203-4850
5
6  Attorneys for Defendant
PERVINE FOODS, LLC
7
8  ## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  **NESTLÉ USA, INC.,** | |
| 11                     Plaintiff, | CASE NO. 2:15cv06527-CAS-AFM |
| 12         v. | Hon. Christina A. Snyder |
| 13  **PERVINE FOODS, LLC,** | **DECLARATION OF** |
| 14                     Defendant. | **SEAN PERICH** |
| 15 | |

16

17      I, SEAN PERICH, declare under of penalty of perjury that I have personal
18  knowledge of the matters set forth herein and if called as a witness would testify as
19  follows:
20      1.      I am President of Pervine Foods, LLC (Pervine) and, as such, I have
21  direct knowledge of the facts contained herein and have served in this capacity since
22  its formation in July, 2013.   My responsibilities include providing executive
23  oversight and supervising implementation of policies and business plans approved
24  by Pervine's Board of Managers.
25      2.      Pervine is a Pennsylvania limited liability company with its principal
26  place of business located at 111 Terence Drive, Pittsburgh, Pennsylvania.
27
28

3.     Pervine owns two federal trademark registrations for the trademark FIT CRUNCH® and sells high-protein nutritional bars using this trademark, Reg. Nos. 4,501,292 and 4,501,294.

4.     Pervine has 7 employees.  This includes a small marketing/sales team consisting of Marissa Pittius, Lisa Zamparelli and John Kizer, along with Vice President Mike Spinosa, who heads the team.   This team works closely with Pervine's Pittsburgh headquarters from an office in Manasquan, New Jersey.  All four individuals reside in New Jersey.

5.     Bakery Barn, Inc. is a Pennsylvania corporation located at the same address as Pervine in Pittsburgh, Pennsylvania.

6.     Bakery Barn was formed in November, 2000 and I have been its President since that time.  Bakery Barn is in the business of manufacturing private label nutrition bars, with an emphasis on high protein products.

7.     All Pervine products, including its FIT CRUNCH® products, are manufactured in Bakery Barn's Pittsburgh facility and shipped from this facility.

8.     Creation of the FIT CRUNCH® mark and packaging were the result of brainstorming sessions which took place in Pittsburgh.  The concept was to create a product facilitating a healthy fit lifestyle.

9.     The individuals most knowledgeable about both the creation of the FIT CRUNCH®  trademark and design of the packaging for the FIT CRUNCH® nutritional protein bars are myself, Jim Perich, Dave Plowden and Matt Cruny. Dave Plowden is an employee of Pervine working on marketing and graphic design. Matt Cruny is Chief Financial Officer for Pervine and Bakery Barn.   All these individuals reside in Pittsburgh, Pennsylvania.

10.     The    creation,    design    and    development    of    the    website fitcrunchbars.com took place in Pittsburgh and Dave Plowden is knowledgeable regarding these matters.

11.   Most, if not all, documents relating to the creation, design, development and marketing of the FIT CRUNCH® trademark and products are located at the office of Pervine in Pittsburgh, Pennsylvania.

12.   Pervine is owned by Irvine Nutritional, LLC, a Florida limited liability company, and Perich Investments LLC, a Pennsylvania limited liability company.

13.   Perich Investments LLC is located at the same address as Pervine and I am one of its three Members, along with Jim Perich and Matt Cruny.

14.   Pervine's FIT CRUNCH® products all bear the trademark FortiFX®, which stands for fortified nutrition.  Perich Investments LLC owns the federal trademark registration for FortiFX®.

15.   A critical and key component of Pervine's FIT CRUNCH® brand is Chef Robert Irvine.  Mr. Irvine is the owner and the Manager of Irvine Nutritional, LLC.

16.   Pervine's Board of Managers meetings are held at its headquarters in Pittsburgh, Pennsylvania and on occasion at Robert Irvine's business office in Philadelphia, Pennsylvania.

17.   One of Pervine's key customers is GNC Holdings, Inc., a leading specialty retailer of health and wellness products, including nutritional supplement and sports nutrition products.  GNC is headquartered in Pittsburgh, Pennsylvania. GNC sells Pervine's FIT CRUNCH® high-protein nutrition bars in its specialty nutrition segment.

18.   Pervine has a very small executive staff consisting of me, Mike Spinosa, the Vice President, and Marissa Pittius, its Customer Service Manager.  To require these key witnesses to travel to California for pre-trial and trial proceedings would significantly disrupt the operations of Pervine.

19.   Neither Pervine, Bakery Barn, Inc. or Perich Investments LLC have offices or employees in California.

1
2
3   FURTHER AFFIANT SAYETH NOT.
4
5   Dated:  January 20, 2016
6                                         SEAN PERICH
7   657332
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "2"

**TRESSLER LLP**
Michaela L. Sozio, Esq.   SBN 179148
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Tel: (310) 203-4800
Fax:  (310) 203-4850


Attorneys for Defendant
PERVINE FOODS, LLC

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NESTLE USA, INC.,**<br><br>                    Plaintiff,<br><br>          v.<br><br>**PERVINE FOODS, LLC,**<br><br>                    Defendant. | CASE NO. 2:15cv06527-CAS-AFM<br><br>Hon. Christina A. Snyder<br><br>**DECLARATION OF ROBERT IRVINE** |

I, ROBERT IRVINE, declare under of penalty of perjury that I have personal knowledge of the matters set forth herein and if called as a witness would testify as follows:

1.      I am an owner and the Manager of Irvine Nutritional, LLC and have served in this capacity since December, 2012, when it was formed.  It is a Florida limited liability company, with its principal place of business in Tampa, Florida.

2.      Irvine Nutritional, LLC is an owner of Pervine Foods, LLC (Pervine), which sells high-protein nutritional bars under the federally registered trademark FIT CRUNCH®.  These products and packaging also prominently display my name and likeness pursuant to an agreement I have with Pervine.

3.      While I reside in Tampa, Florida, I maintain my business office in Philadelphia, Pennsylvania, out of which I base most of my marketing activities and other services I provide relating to Pervine's business operations.

4.      Pervine's Board of Managers meetings are held either at my Philadelphia, Pennsylvania office or Pervine's headquarters in Pittsburgh, Pennsylvania.

5.      Irvine Nutritional, LLC has no officers or employees in California.

1 | FURTHER AFFIANT SAYETH NOT.

2

3

Dated:  January 20, 2016

4

ROBERT IRVINE

5

657333

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "3"



# Key Figures

## Key Facts about Nestlé USA

- Nestlé USA is a part of Nestlé S.A. in Vevey, Switzerland – the world's largest food company with a focus on Nutrition, Health & Wellness - View Nestlé S.A. 2014 Figures
- $9.7 billion in sales in 2014
- More than 51,000 employees nationwide
- 25 manufacturing facilities, 43 distribution centers, and 13 sales offices across the country

Whether you're at home, your favorite restaurant, or the ballpark, Nestlé offers a wide variety of food and beverage products that enrich the very experience of life itself.

For information on other Nestlé affiliates in North America, please visit the following sites:

- Nestlé Purina PetCare Company
- Nestlé Waters North America
- Nestlé Canada
- Nestlé Nutrition
- Nestlé Professional

### Core Values

- **People**
People from all diverse backgrounds are our most important asset and the source of our competitive advantage. We operate in teams where we expect and reward responsible risk taking.
- **Quality**
We are dedicated to continuous improvement in the food safety and quality of every product we make and in every activity we perform.
- **Brands**
Our strong brands ensure the continuity of our growth and profitability. Their support is every associate's responsibility.
- **Consumers**
Our reason for being is to understand, anticipate and best fulfill our consumers' needs.
- **Customers**
We appreciate and support the critical role our customers play in getting our brands to the consumer while working closely together to achieve mutual value.
- **Performance**
Exceed total Company High Performance Targets (HPTs) for RIG, Organic Growth and EBITA.
Good Food, Good Life.
follow us on
- 

Nestlé in U.S.
- 

Nestlé in U.S.

- [Nestlé in U.S.](#)

- [Nestlé](#)

- [Nestlé in U.S.](#)

