NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
TRESSLER LLP
Michaela L. Sozio, Esq. SBN 179148
msozio@tresslerllp.com
Jeanne Kuo Riggins, Esq., SBN 231441
jriggins@tresslerllp.com
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
(310) 203-4800

ATTORNEY(S) FOR: Pervine Foods, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NESTLE USA, INC.,

Plaintiff(s),

v.

PERVINE FOODS, LLC,

Defendant(s).

CASE NUMBER:

2:15cv06527-CAS-AFM

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Pervine Foods, LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Nestle USA, Inc. | Plaintiff |
| Pervine Foods, LLC | Defendant |
| Perich Investments LLC<br>Irvine Nutritional LLC | These companies are not parties but are owners of Pervine Foods, LLC |

January 29, 2016
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Pervine Foods, LLC

CV-30 (05/13)    NOTICE OF INTERESTED PARTIES