United States District Court
Central District of California

Nestle USA, Inc

                Plaintiff

v.

Pervine Foods, LLC

                Defendant

**AFFIDAVIT OF SERVICE**

File/Index No.: 2:15-CV-06527 CAS (AFMx)
Issued On:
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: Pervine Foods, LLC**

STATE OF Pennsylvania, COUNTY OF Allegheny: ss

HARRY SAUSELEIN being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of Pennsylvania.

On 12/22/2015 at 1:15 PM at 111 Terence Drive, Pittsburgh, PA 15236, I effected service of process of the following documents: Summons in a Civil Action; Complaint; Plaintiff's Notice of Interested Parties, Report of Filing of Determination; Exhibits upon Pervine Foods, LLC, a/the Defendant in this matter/proceeding:

by delivering to and leaving a true copy thereof with Anton Moik, who is a/the Manager/Authorized Agent of/for Pervine Foods, LLC.

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: White Age: 35 Height: 6'0" Weight: 200 Hair: Dark

Subscribed and sworn before me on  13 JAN 2016

Notary Public: MARIANNE SCOLIERI
Notary #:    Qualified in County: ALLEGHENY
My Commision expires on: APRIL 28, 2018

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Marianne Scolieri, Notary Public
Penn Hills Twp., Allegheny County
My Commission Expires April 28, 2019

HARRY SAUSELEIN
Target Research & Investigation
233 Broadway, Suite 2065,
New York, NY 10279
(212) 227-9600

Corporate Delivery to a person



Order #:T81036

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | ) |
|---|---|
| NESTLÉ USA, INC. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:15-cv-06527 CAS(AFMx) |
| PERVINE FOODS, LLC | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Pervine Foods, LLC
111 Terence Drive
Pittsburgh, Pennsylvania 15236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MAYER BROWN LLP
Dale J. Giali (SBN 150382)
350 South Grand Ave., 25th Floor
Los Angeles, California 90071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/27/2015

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-06527 CAS(AFMx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: