JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

**NESTLÉ USA, INC.,**

    Plaintiff,

v.

**PERVINE FOODS, LLC,**

    Defendant.

Case No. 2:15-cv-06527-CAS-(AFMx)

Hon. Christina A. Snyder

[~~PROPOSED~~] **ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE**

**Complaint Filed: Aug. 26, 2015**

    Pursuant to the parties' "Stipulation of Dismissal of Action With Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed in its entirety, with prejudice. Each party shall bear its own costs and attorneys' fees.

    **IT IS SO ORDERED.**

Dated: March 31, 2016

_____
Honorable Christina A. Snyder
Judge of the United States District Court